# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132507

TIMOTHY MCCLAIN, #195462

      Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,

      Defendant-Appellee.

SC: 132507
CoA: 268783

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 5, 2006, the Clerk of the Court is hereby directed to close this file.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2007

_____
Clerk

jm